UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JOHN ARTHUR HANRATTY,<br>Defendant. | 24 Cr. 153 (LGS) |

**DECLARATION OF JOHN HANRATTY**

Pursuant to 28 U.S.C. § 1746, I, John Hanratty, depose and say as follows:

1. I am the defendant in the above-captioned action and submit his declaration in support of my motions to dismiss the indictment, dismiss the bank fraud charge, vacate the Post-Indictment Restraining Order ("**PIRO**"), and for Bill of Particulars.

2. I am married and am my family's sole breadwinner.

3. My wife manages the household and is a full-time caregiver for our three minor children, including one who is being treated for attention-deficit/hyperactivity disorder ("ADHD").

4. I am Ebury's managing member.[1]

[1] For purposes of these motions, "Ebury" is all of the entities that EBCC sued in the Civil Case: Ebury Street Capital LLC ("ESC"), Ebury Fund 1, LP ("EF 1"), Ebury Fund 2, LP ("EF 2"), Ebury 1EMI LLC, Ebury 2MI LLC, EB 1EMIALA LLC, EB 2EMIALA LLC, EB 1 EMIFL, LLC, EB 2EMIFL, LLC, EB 1EMIIN, LLC, EB 2EMIIN, LLC, EB 1EMIMD, LLC, EB 2EMIMD, LLC, EB 1EMINJ, LLC, EB 2EMINJ, LLC, EB 1 EMINY, LLC, EB 2EMINY, LLC, EB 1EMISC, LLC, EB 2EMISC, LLC, RE 1EMI LLC, RE 2EMI LLC, EB 1EMIDC, LLC, Arque Tax Receivable Fund (Maryland), LLC, Ebury Fund 1 FL, LLC, Ebury Fund 2FL, LLC, Ebury Fund 2NJ, LLC, Red Clover 1, LLC, and Ebury RE LLC.

5. I founded Ebury, over a decade ago, funding it with my own and my wife's personal savings.

6. Historically, Ebury has been a fund that invests in tax liens and distressed real estate, which Ebury typically acquired when property owners failed to come current on their overdue property taxes.

7. For the past decade, Ebury has been my primary business and income source, from which I would receive draws.

8. Ebury has not paid me anything since its December 18 and 20, 2023 advancements of my retainer payments to Puerto Rico and New York criminal counsel.

9. Ebury has not paid me any compensation since a $6,000 draw in November 2023.

10. Without income or advancement from Ebury, I cannot afford to defend this case.

11. In 2017, Ebury obtained two revolving credit lines (the "**Revolver**") from Emigrant Business Credit Corporation ("**EBCC**") pursuant to a series of "Loan Contracts".

12. Although EBCC characterized Ebury as a "stellar" borrower for the first three years of the relationship, the Covid-19 Pandemic froze Ebury's business model, which resulted in Ebury's struggles to stay current on the Revolver.

13. However, we remained current on our Revolver payments.

14. After the Revolver's 2021 maturity, EBCC and Ebury began the "workout process, supposedly to help Ebury resolve its outstanding debt.

15. Between December 2021 and September 2022, Ebury with its bankruptcy counsel, RumbergerKirk, and EBCC, with both in-house counsel and outside counsel Dilworth Paxon, exchanged hundreds of communications, including near-daily phone calls throughout the first half of 2022.

16. Besides testifying in the civil case of Emigrant Business Credit Corporation ("**EBCC**") v. John Arthur Hanratty et al., No. 158207/2022 (the "**Civil Case**"), I did not object to EBCC's deposition notices to current and former employees; in fact, I personally attempted to procure all of their testimony and offerered to pay all four's counsel costs.

17. In February 2023, my family owned no homes and three cars: a 2016 Ford Explorer, 2017 Toyota 4Runner, and a 2011 Jeep Wrangler.

18. At this time, I had a single bank account, which was a joint checking account with my wife.

19. After the Grand Jury returned the Indictment, my family's long-time bank closed all our accounts, including the joint checking account.

20. My family is moving back to New England and selling all of our Puerto Rico possessions—primarily two cars and our furniture—likely netting less than $50,000.

21. Today, I am unbanked and homeless.

22. I expect to live with my elderly parents for the foreseeable future.

23. I do not own a home.

24. I do not own a car.

25. I have no brokerage or retirement accounts, as I liquidated them years ago, investing their assets in Ebury.

26. I have been living off of an $80,000 loan that I took against a whole life insurance policy, towards which I had only paid $100,000.

27. To take care of my family and meet my court and business obligations, I need to rent an apartment and buy a car.

28. Ebury and I currently owe Gusrae Kaplan Nusbaum, PLLC, the undersigned counsel's firm, $358,924.75: $269,404.61 for this Criminal Case, $64,252.64 the Civil Case, and $25,262.50 for a parallel SEC investigation into the same facts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 1, 2024
Hyannis, Massachusetts

/s/ John Hanratty
John Hanratty